IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDIA LEE SNIDER,<br><br>        Petitioner,<br>v.<br><br>DEBORAH PATRICK, WARDEN,<br><br>        Respondent. | 1:07-CV-1502 OWW WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION<br><br>[Doc. 9, 12] |

Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 . The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 6, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner did not file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on November 6, 2008, are adopted in full;

2. Respondent's motion to dismiss is GRANTED;

3. This petition is DISMISSED as barred by the statute of limitations;

4. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated: **January 29, 2009**         /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE